UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.*
KENNETH GILLS,

        Plaintiff

-against-

BYRAM HEALTHCARE CENTERS, INC.

        Defendant.

**ORDER**

No. 20-CV-5002 (PMH)

IT IS HEREBY ORDERED, that, pursuant to the Court's October 12, 2021 Order, the relator's *qui tam* complaint in this action, the Court's October 12th Order, and the Government's Notice of Election to Decline Intervention shall be unsealed.

SO-ORDERED:

Dated: White Plains, New York
      April 12, 2022

                                                Philip M. Halpern
                                                United States District Judge